UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY BOWSER, JR.,

   Plaintiff,

v.

   File no: 1:18-CV-418

   HON. ROBERT J. JONKER

ENTERPRISE LEASING COMPANY
OF DETROIT, LLC,

   Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 29, 2018 (ECF No. 18). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss for failure to state a claim upon which relief can be granted (ECF No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date: December 20, 2018       /s/ Robert J. Jonker
                  ROBERT J. JONKER
                  CHIEF UNITED STATES DISTRICT JUDGE